IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 10-cv-00413-JPG-PMF |
| | ) |
| OSAGE MARINE SERVICES, INC. | ) |
| and the M/V JACKIE SUE. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: May 9, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED: _s/J. Phil Gilbert_
              J. PHIL GILBERT
              U. S. DISTRICT JUDGE